**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6288**

LA'RON MARSHALL,

Plaintiff – Appellant,

v.

HARLEY LAPPIN, Director of the BOP; K. M. WHITE,
Mid-Atlantic Regional Dir.; JAMES CROSS, Warden USP
Hazelton; DEBBIE LOHR, DHO Official of USP-Hazelton;
CONSTANCE REESE, Warden FCI Talladega,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  John Preston Bailey,
Chief District Judge.  (2:10-cv-00003-JPB-DJJ)

Submitted:  October 31, 2011          Decided:  November 29, 2011

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

La'Ron Marshall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

La'Ron Marshall appeals the district court's orders: accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971); and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Marshall v. Lappin, No. 2:10-cv-00003-JPB-DJJ (N.D. W. Va. Dec. 23, 2010; Feb. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED